1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| **FRANCES SAMANIEGO**, ) | Case No. 08-CV-00788 MJB |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF SETTLEMENT** |
| vs. ) | |
| ) | |
| **NCO FINANCIAL SYSTEMS, INC.,** ) | |
| ) | |
| Defendant. ) | |

     NOW COME THE PARTIES by and through their attorneys to respectfully notify this Honorable Court that this case has settled.  A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved. Plaintiff further requests that any Orders submitted by this Court in relation to this matter include a directive that Defendant comply with the terms of this settlement in a timely manner.

     Dated this 30th day of June, 2008.

                                     s/Jon N. Robbins
                                       Jon N. Robbins
                                       WEISBERG & MEYERS, LLC

Notice of Settlement - 1

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

1 | Filed electronically on this 30th day of June, 2008, with:

2

3 | United States District Court CM/ECF system

4

5 | By: s/ Kimberly Larson
       Kimberly Larson

28 | Notice of Settlement - 2

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com